LEWIS & LLEWELLYN LLP
Paul T. Llewellyn (Bar No. 216887)
pllewellyn@lewisllewellyn.com
Nicolas V. Saenz (Bar No.284087)
nsaenz@lewisllewellyn.com
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile:  (415) 390-2127

PIVOTPOINT LAW, P.C.
Brian Lee (Bar No. 197233)
blee@pivotpointlaw.com
303 Twin Dolphin Drive, Suite 600
Redwood City, California 94065
Telephone: (650) 251-4200
Facsimile: (650) 251-4201

Attorneys for Petitioners
QCT, LLC, and QCH, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| QCT, LLC a California limited liability company and QCH, INC. a Nevada corporation,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>REDAPT, INC., a Washington corporation,<br><br>　　　　Respondent. | **CASE NO:   3:19-CV-02808**<br><br>**PETITIONER QCH, INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES** |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1, DISCLOSURE STATEMENT**

Petitioner QCH, Inc., by its undersigned counsel, certifies that it is a private, non-governmental party that is a wholly owned subsidiary of Quanta Computer Inc., a publicly held company in Taiwan.

**CIVIL LOCAL RULE 3-15, CERTIFICATION OF INTERESTED ENTITIES**

Pursuant to Civil L.R. 3-15, the undersigned certifies that QCH, Inc.'s parent corporation, Quanta Computer Inc. (i) has a financial interest in the subject matter in controversy and, (ii) has a non-financial interest in the party that could be substantially affected by the outcome of this proceeding.

Dated:  May 22, 2019

LEWIS & LLEWELLYN LLP
Paul T. Llewellyn
Nicolas V. Saenz

By:  */s/ Nicolas V. Saenz*
Nicolas V. Saenz
Attorney for Petitioners QCT, LLC and QCH, Inc.